UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 30 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| WILLIAM J JOURNEY, | No. 07-35858 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CV-06-00034-F-RRB |
| | District of Alaska, Fairbanks |
| V. | |
| | **MANDATE** |
| UNITED STATES OF AMERICA, | |
| Defendant - Appellee. | |

The judgment of this Court, entered 3/6/09, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Gabriela Van Allen
Deputy Clerk